**Lowe's Home Centers, Inc.**
1605 Curtis Bridge Road
1-888-474-6365

| | |
|---|---|
| Pay Group: | LH7-GA,SC,AL |
| Pay Begin Date: | 12/08/2012 |
| Pay End Date: | 12/21/2012 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 000000044568721 |
| Advice Date: | 12/28/2012 |

Garth Levine
1035 Belmont Park Dr SE
Apt E
Smyrna, GA  30080

| | |
|---|---|
| Employee ID: | 001051720 |
| Department: | 0021-Millwork |
| Location: | 0545 - W. Marietta, GA |
| Job Title: | Sales Specialist Millwork |
| Pay Rate: | $15.660000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | |
| Allowances: | | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 15.660000 | 77.20 | 1,208.95 | 1,648.02 | 25,808.04 |
| Holiday Fixed | | 0.00 | 0.00 | 8.00 | 125.28 |
| Overtime Hours | | 0.00 | 0.00 | 3.08 | 24.11 |
| **TOTAL:** | | 77.20 | 1,208.95 | 1,659.10 | 25,957.43 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 810.87 |
| Fed MED/EE | 17.53 | 376.38 |
| Fed OASDI/EE | 50.77 | 1,090.21 |
| GA Withholding | 52.97 | 1,154.83 |
| **TOTAL:** | 121.27 | 3,432.29 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.09 | 98.66 |
| **TOTAL:** | 12.09 | 98.66 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.09 | 98.66 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,208.95 | 1,196.86 | 121.27 | 12.09 | 1,075.59 |
| YTD | 25,957.43 | 25,858.77 | 3,432.29 | 98.66 | 22,426.48 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000044568721 | Checking | ************5980 | 1,075.59 |
| **TOTAL:** | | | 1,075.59 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2013 Fed W4

**Lowe's Home Centers, Inc.**
1605 Curtis Bridge Road
1-888-474-6365

| | |
|---|---|
| Pay Group: | LH7-GA,SC,AL |
| Pay Begin Date: | 12/22/2012 |
| Pay End Date: | 01/04/2013 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 000000044854093 |
| Advice Date: | 01/11/2013 |

Garth Levine
1035 Belmont Park Dr SE
Apt E
Smyrna, GA 30080

| | |
|---|---|
| Employee ID: | 001651720 |
| Department: | 0021-Millwork |
| Location: | 0545 - W. Marietta, GA |
| Job Title: | Sales Specialist Millwork |
| Pay Rate: | $15.660000 Hourly |

### TAX DATA:

| | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | |
| Allowances: | | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 15.660000 | 70.90 | 1,110.30 | 70.90 | 1,110.30 |
| Holiday Fixed | 15.660000 | 8.00 | 125.28 | 8.00 | 125.28 |
| **TOTAL:** | | **78.90** | **1,235.58** | **78.90** | **1,235.58** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 17.92 | 17.92 |
| Fed OASDI/EE | 76.61 | 76.61 |
| GA Withholdng | 54.55 | 54.55 |
| **TOTAL:** | **149.08** | **149.08** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.36 | 12.36 |
| **TOTAL:** | **12.36** | **12.36** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.36 | 12.36 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,235.58 | 1,223.22 | 149.08 | 12.36 | 1,074.14 |
| YTD | 1,235.58 | 1,223.22 | 149.08 | 12.36 | 1,074.14 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000044854093 | Checking | ************5980 | 1,074.14 |
| **TOTAL:** | | | **1,074.14** |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2013 Fed W4

**Lowe's Home Centers, Inc.**
1605 Curtis Bridge Road
1-888-474-6365

| | |
|---|---|
| Pay Group: | LH7-GA,SC,AL |
| Pay Begin Date: | 01/05/2013 |
| Pay End Date: | 01/18/2013 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 000000045015258 |
| Advice Date: | 01/25/2013 |

Garth Levine
1035 Belmont Park Dr SE
Apt E
Smyrna, GA 30080

| | |
|---|---|
| Employee ID: | 001651720 |
| Department: | 0021-Millwork |
| Location: | 0545 - W. Marietta, GA |
| Job Title: | Sales Specialist Millwork |
| Pay Rate: | $15.660000 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | |
| Allowances: | | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 15.660000 | 69.58 | 1,089.62 | 140.48 | 2,199.92 |
| Holiday Hours | 15.660000 | 8.00 | 125.28 | 8.00 | 125.28 |
| Holiday Fixed | | | 0.00 | 8.00 | 125.28 |
| TOTAL: | | 77.58 | 1,214.90 | 156.48 | 2,450.48 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 17.61 | 35.53 |
| Fed OASDI/EE | 75.32 | 151.93 |
| GA Withholding | 53.32 | 107.87 |
| TOTAL: | 146.25 | 295.33 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.15 | 24.51 |
| TOTAL: | 12.15 | 24.51 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.15 | 24.51 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,214.90 | 1,202.75 | 146.25 | 12.15 | 1,056.50 |
| YTD | 2,450.48 | 2,425.97 | 295.33 | 24.51 | 2,130.64 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #0000000045015258 | Checking | ************5980 | 1,056.50 |
| TOTAL: | | | 1,056.50 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2013 Fed W4

**Lowe's Home Centers, Inc.**
1605 Curtis Bridge Road
1-888-474-6365

| Pay Group: | LH7-GA,SC,AL |
|---|---|
| Pay Begin Date: | 01/19/2013 |
| Pay End Date: | 02/01/2013 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 000000045248918 |
| Advice Date: | 02/08/2013 |

Garth Levine
1035 Belmont Park Dr SE
Apt E
Smyrna, GA 30080

| Employee ID: | 001651720 |
|---|---|
| Department: | 0021-Millwork |
| Location: | 0545 - W. Marietta, GA |
| Job Title: | Sales Specialist Millwork |
| Pay Rate: | $15.660000 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | |
| Allowances: | | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Vacation Hours | 15.660000 | 34.50 | 540.27 | 34.50 | 540.27 |
| Regular Hours | 15.660000 | 40.00 | 627.34 | 180.54 | 2,827.26 |
| Bereavement/Funeral Pay | 15.660000 | 8.00 | 125.28 | 8.00 | 125.28 |
| Holiday Fixed | | | 0.00 | 8.00 | 125.28 |
| Holiday Hours | | | 0.00 | 8.00 | 125.28 |
| TOTAL: | | 82.50 | 1,292.89 | 239.04 | 3,743.37 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 18.75 | 54.28 |
| Fed OASDI/EE | 80.16 | 232.09 |
| GA Withholding | 57.95 | 165.82 |
| TOTAL: | 156.86 | 452.19 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.93 | 37.44 |
| TOTAL: | 12.93 | 37.44 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.93 | 37.44 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,292.89 | 1,279.96 | 156.86 | 12.93 | 1,123.10 |
| YTD | 3,743.37 | 3,705.93 | 452.19 | 37.44 | 3,253.74 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000045248918 | Checking | ************5980 | 1,123.10 |
| TOTAL: | | | 1,123.10 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2013 Fed W4

**Lowe's Home Centers, Inc.**
1605 Curtis Bridge Road
1-888-474-6365

| | |
|---|---|
| Pay Group: | LH7-GA,SC,AL |
| Pay Begin Date: | 02/02/2013 |
| Pay End Date: | 02/15/2013 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 000000045509987 |
| Advice Date: | 02/22/2013 |

Garth Levine
1035 Belmont Park Dr SE
Apt E
Smyrna, GA 30080

| | |
|---|---|
| Employee ID: | 001651720 |
| Department: | 0021-Millwork |
| Location: | 0545 - W. Marietta, GA |
| Job Title: | Sales Specialist Millwork |
| Pay Rate: | $15.660000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | |
| Allowances: | | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 15.660000 | 76.93 | 1,204.73 | 257.47 | 4,031.99 |
| Holiday Pay Out | | | 215.60 | | 215.60 |
| Bereavement/Funeral Pay | | | 0.00 | 8.00 | 125.28 |
| Holiday Fixed | | | 0.00 | 8.00 | 125.28 |
| Holiday Hours | | | 0.00 | 8.00 | 125.28 |
| Vacation Hours | | | 0.00 | 34.50 | 540.27 |
| **TOTAL:** | | **76.93** | **1,420.33** | **315.97** | **5,163.70** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 20.59 | 74.87 |
| Fed OASDI/EE | 88.06 | 320.15 |
| GA Withholding | 65.52 | 231.34 |
| **TOTAL:** | **174.17** | **626.36** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 14.20 | 51.64 |
| **TOTAL:** | **14.20** | **51.64** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 14.20 | 51.64 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,420.33 | 1,406.13 | 174.17 | 14.20 | 1,231.96 |
| YTD | 5,163.70 | 5,112.06 | 626.36 | 51.64 | 4,485.70 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000045509987 | Checking | ************5980 | 1,231.96 |
| **TOTAL:** | | | **1,231.96** |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2013 Fed W4

**Lowe's Home Centers, Inc.**
1605 Curtis Bridge Road
1-888-474-6365

| Pay Group: | LH7-GA,SC,AL |
|---|---|
| Pay Begin Date: | 02/16/2013 |
| Pay End Date: | 03/01/2013 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 000000045737667 |
| Advice Date: | 03/08/2013 |

| Garth Levine | Employee ID: | 001651720 |
|---|---|---|
| 1035 Belmont Park Dr SE | Department: | 0021-Millwork |
| Apt E | Location: | 0545 - W. Marietta, GA |
| Smyrna, GA 30080 | Job Title: | Sales Specialist Millwork |
| | Pay Rate: | $15.660000 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | |
| Allowances: | | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 15.660000 | 78.97 | 1,236.67 | 336.44 | 5,268.66 |
| Bereavement/Funeral Pay | | | 0.00 | 8.00 | 125.28 |
| Holiday Fixed | | | 0.00 | 8.00 | 125.28 |
| Holiday Hours | | | 0.00 | 8.00 | 125.28 |
| Holiday Pay Out | | | 0.00 | | 215.60 |
| Vacation Hours | | | 0.00 | 34.50 | 540.27 |
| **TOTAL:** | | **78.97** | **1,236.67** | **394.94** | **6,400.37** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 0.00 |
| Fed MED/EE | 17.94 | 92.81 |
| Fed OASDI/EE | 76.67 | 396.82 |
| GA Withholding | 54.61 | 285.95 |
| **TOTAL:** | **149.22** | **775.58** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.37 | 64.01 |
| **TOTAL:** | **12.37** | **64.01** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 12.37 | 64.01 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,236.67 | 1,224.30 | 149.22 | 12.37 | 1,075.08 |
| YTD | 6,400.37 | 6,336.36 | 775.58 | 64.01 | 5,560.78 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000045737667 | Checking | *************5980 | 1,075.08 |
| **TOTAL:** | | | **1,075.08** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2013 Fed W4