**IT IS ORDERED as set forth below:**



Date: October 16, 2013

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *   CASE NO.: **13-53646-WLH** |
| | * |
| GARTH TAYLOR LEVINE, | * |
| | *   CHAPTER:  **13** |
| Debtor. | * |
| | * |
| | * |

### ORDER ON MOTION TO RECONSIDER ORDER OF DISMISSAL PURSUANT TO BR 8002 AND BLR 9023-1

This matter came before the Court on Debtor's "Motion to Reconsider Order of Dismissal Pursuant to BR 8002 and BLR 9023-1" ("the Motion") which was filed in the above-styled Chapter 13 case on August 30, 2013.  The Motion sought reinstatement of Debtor's case.  Hearing on the Motion was held October 2, 2013 at 9:30 a.m.  Present at the call of the calendar were Debtor, counsel for the Debtor and the Chapter 13 Trustee.  Based on consideration of the arguments presented, it is hereby

**ORDERED** that the Order of Dismissal dated August 23, 2013, is hereby vacated and the Chapter 13 case is reinstated.  It is further

**ORDERED** that Nancy J. Whaley is reinstated as the standing Chapter 13 Trustee in this matter. It is further

**ORDERED** that the stay under 11 U.S.C Section 362 and 11 U.S.C. section 1301 (if applicable) is hereby reinstated to the extent it has not been previously modified. It is further

**ORDERED** that attorneys' fees shall be reduced by $250.00

[END OF DOCUMENT]

| Prepared by, | Consented as to form by, |
|---|---|
| /s/ | /s/ |
| Laura D. Rosencrantz | Julie Anania |
| Attorney for Debtor | GA Bar #477064 |
| GA Bar #633703 | Attorney for Nancy J. Whaley |
| Clark & Washington, P.C. | Chapter 13 Trustee |
| 3300 Northeast Expressway | 303 Peachtree Center Avenue |
| Building 3, Suite A | Suite 120 |
| Atlanta, GA 30341 | Atlanta, GA 30303 |
| (404) 522-2222 | |
| (770) 220-0685 – Fax | |

### DISTRIBUTION LIST

Sheryl Lyn Covell
2810 Drummond Point SE
Atlanta, GA 30339

Clark & Washington, P.C.
3300 NE Expressway, Bldg. 3
Atlanta, GA 30341

Nancy J. Whaley, Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Garth Taylor Levine
1035 Belmont Park Drive, SE
Apt. E

Smyrna, GA 30080

Aes/Goal Financial
1200 N 7th St
Harrisburg, PA 17102-1419

Asset Acceptance LLC
Po Box 2036
Warren MI 48090-2036

Brightwater Capital Ll
850 Concourse Pkwy S Ste
Maitland, FL 32751-6145

CR Evergreen III, LLC
3434 25th Ave W. Suite 302
Seattle, WA 98199-2229

Cavalry Portfolio Serv (Original Credito
500 Summit Lake Dr
Valhalla, NY 10595-1340

Cavalry Portfolio Services
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2322

Chase
Po Box 15298
Wilmington, DE 19850-5298

Credit One Bank
Po Box 98875
Las Vegas, NV 89193-8875

Educational Credit Management Corporation
P. O. Box 16408
St. Paul, MN 55116-0408

Freedom Road Financial
10605 Double R Blvd Ste
Reno, NV 89521-8920

FreedomRoad Financial c/o CRG-20016
PO Box 29426
Phoenix, AZ 85038-9426

Gecrb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Gecrb/Lowes
Po Box 965005
Orlando, FL 32896-5005

Gecrb/Walmart
Po Box 965024
Orlando, FL 32896-5024

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Center Blvd. NE
Suite 17200
Atlanta, GA 30345

Glhec
2401 International Ln Dept 17
Madison, WI 53704-3192

Glhegc (Goal Financial
Po Box 7860
Madison, WI 53707-7860

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

Medical Data Systems I
128 W Center Ave Fl 2
Sebring, FL 33870-3103

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266-0360

Nissan Motor Acceptance
POB 660366

Dallas, TX 75266-0366

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA 23502-4962

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK VA 23541-1067

USAA Fsb
10750 Mcdermott
San Antonio, TX 78288-1600

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Shell/Citi
Po Box 6497
Sioux Falls, SD 57117-6497

Student Loan Consol Cn
Po Box 7860
Madison, WI 53707-7860

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315